**STATE ex rel. OFFICE OF PUBLIC COUNSEL, Appellant,**

v.

**PUBLIC SERVICE COMMISSION OF STATE of Missouri, Respondent,**

**Missouri–American Water Company, Intervenor–Respondent.**

No. WD 50671.

Missouri Court of Appeals, Western District.

Sept. 5, 1995.

John B. Coffman, Jefferson City, for appellant.

David Woodsmall, Jefferson City, for respondent.

Sondra B. Morgan, Jefferson City, for intervenor.

Before FENNER, C.J., P.J., and KENNEDY and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Appeal from decision of Cole County Circuit Court affirming the Report and Order of the Public Service Commission in an administrative proceeding involving a water service rate increase application.

Judgment affirmed. Rule 84.16(b).